JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CASAS, et al., | Case No.  CV 19-215-GW(AGRx) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| DIRECTV, LLC, | |
| Defendant. | |

  Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice.

  IT IS SO ORDERED.

Dated: February 20, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE